445 A.2d 246

Commonwealth v. Zyra, Appellant.

Argued November 9, 1981. Paul Gettleman, for appellant; Stella L. Smetanka, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.